# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00566-CV

**In re RS Global, Inc., Bryan Cox, and Chuck Bailey**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N \

The petition for writ of mandamus and emergency motion for stay are dismissed as moot.

_____

Maggie Ellis, Justice

Before Justices Kelly, Crump, and Ellis

Filed: June 24, 2026